Devon SUTHERLAND; Demetrice Murray; Ira Wayne Madison, Plaintiffs—Appellants,

and

United States of America, Intervenor—Plaintiff,

v.

Ronald J. ANGELONE; Gene M. Johnson; Barbara J. Wheeler; G.K. Washington; L.T. Edmonds; B. Booker; N. Linamen; Charles Davis; Keith Davis; David A. Garraghty; R.A. Young; S.T. Avent; John Taylor; Braxton; R.S. Jackson; J. Keeling; Jarvis; K.A. Polinsky; Clarence A. Hollar; John Does; D.J. Armstrong; Duncan Mills, Defendants–Appellees.

No. 06–6613.

United States Court of Appeals, Fourth Circuit.

Submitted: March 9, 2007.

Decided: April 11, 2007.

Devon Sutherland; Demetrice Murray; Ira Wayne Madison, Appellants Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Sutherland, Demetrice Murray, and Ira Wayne Madison appeal from the district court's order granting summary judgment to the defendant prison officials in their 42 U.S.C. § 1983 (2000) action challenging the validity and enforcement of the prison's grooming policy. We deny Sutherland's motion to place this case in abeyance pending a decision by this court in an appeal raising similar claims and deny his motion for default. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sutherland v. Angelone,* No. 7:02–cv–00477–JCT, 2006 WL 733976 (W.D.Va. Mar. 21, 2006).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*